UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**OMAR BECERRA,**   Case No.: 9:20-cv-80597-DMM

      **Plaintiff,**

v.

**MEDICAL DATA SYSTEMS, INC.,**
d/b/a **MEDICAL PAYMENT DATA,**
**HEALTHCARE REVENUE RECOVERY**
**GROUP LLC, TRANS UNION LLC,**
**EXPERIAN INFORMATION SOLUTIONS,**
**INC. and EQUIFAX INFORMATION**
**SERVICES, LLC,**

                                    /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, **OMAR BECERRA**, and Defendant, **HEALTHCARE REVENUE RECOVERY GROUP LLC** (HRRG) jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs. Plaintiff and HRRG further stipulate that this Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Dated: July 21, 2020

*Respectfully submitted,*

| | |
|---|---|
| /s/ Kevin Rajabalee | /s/ Mary Grace Dyleski |
| Kevin Rajabalee, Esq. | Mary Grace Dyleski, Esq. |
| FBN: 119948 | Florida Bar No. 143383 |
| Sharmin & Sharmin, P.A. | MDyleski@shepardfirm.com |
| 830 North Federal Highway | Ernest H. Kohlmyer, III, Esq. |
| Lake Worth, FL 33460 | Florida Bar No.: 110108 |
| Telephone 954-667-3096 | SKohlmyer@shepardfirm.com |
| Fax 954-202-9041 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Email: kevin@sharminlaw.com | 2300 Maitland Center Parkway, Suite 100 |
| *Attorney for Plaintiff* | Maitland, Florida 32751 |
| | Phone: (407) 622-1772 |
| | Fax: (407) 622-1884 |
| | *Attorneys for Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on this July 21, 2020. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*SERVICE LIST*

Genna L. Sinel, Esq.
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
gsinel@jonesday.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

Ernest H. Kohlmyer, III, Esq.
SKohlmyer@shepardfirm.com
Rachel M. Ortiz, Esq.
ROrtiz@shepardfirm.com
Mary Grace Dyleski, Esq.
MDyleski@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
*Counsel for Defendant, Healthcare Revenue Recovery Group, LLC*

Ronald S. Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Counsel for Defendant Medical Data Systems, Inc.*

Charlotte Long, Esq.
QUILLING, SELANDER, LOWNDS,
WINSELTT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
clong@qslwm.com
*Counsel for Trans Union LLC*

Jason Daniel Joffe, Esq.
Squire Patton Boggs (US) LLP
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services LLC*

**/s/ Kevin Rajabalee**
Kevin Rajabalee, Esq.
FBN: 119948